STATE OF NEW JERSEY IN THE INTEREST OF D L., JR.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JON MADDOCKS.

October 4, 1978. Petition for certification granted. (See 160 *N. J. Super.* 490)

STATE OF NEW JERSEY v. JEROME BENDER.

October 4, 1978. ORDERED that the motion to dismiss appeal is denied; and it is further ORDERED that the Court having determined that the within matter is interlocutory in nature, leave to appeal the decision of the Appellate Division dated May 9, 1978 be and hereby is granted *nunc pro tunc* on the Court's own motion. (See 159 *N. J. Super.* 465)

STATE OF NEW JERSEY v. GLEN SCUDDER.

October 16, 1978. Petition for certification denied.

LOUISE T. HARRISON v. MIDDLESEX WATER COMPANY.

October 16, 1978. Petition for certification granted. (See 158 *N. J. Super.* 368)